NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1399

## PAICE LLC,

Plaintiff-Appellee,

v.

## TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., and TOYOTA MOTOR SALES, U.S.A., INC.,

Defendants-Appellants.

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:04-CV-211, Judge David J. Folsom.

ON MOTION

O R D E R

Upon consideration of Paice LLC's unopposed motion for a 60-day extension of time, until December 18, 2009, to file its brief, and Toyota Motor Corporation et al.'s unopposed motion for a 20-day extension of time, until January 21, 2010, to file their reply brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

OCT 29 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Constantine L. Trela, Jr., Esq.
       Edward R. Reines, Esq.
       Ruffin B. Cordell, Esq.
       George E. Badenoch, Esq.
       Michael J. Lennon, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 9 2009

JAN HORBALY
CLERK